UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK SHAFFER, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:04CV00553 ERW (AGF) |
| | ) |
| MARY RIORDEN, | ) |
| | ) |
| Defendant(s). | ) |

## CERTIFICATE OF APPEALABILITY

In accordance with the Memorandum and Order of this Court filed on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner is **DENIED** a Certificate of Appealability.

Dated this 15th Day of February, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE